ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
      – and –
DAVID C. WALTON (167268)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
davew@rgrdlaw.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF STERLING HEIGHTS GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SANDISK CORPORATION, SANJAY MEHROTRA and JUDY BRUNER, <br><br> Defendants. | Case No. <br><br> <u>CLASS ACTION</u> <br><br> COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS <br><br><br><br><br><br><br><br> <u>DEMAND FOR JURY TRIAL</u> |

Plaintiff, individually and on behalf of all others similarly situated, by plaintiff's undersigned attorneys, for plaintiff's complaint against defendants, alleges the following based upon personal knowledge as to plaintiff and plaintiff's own acts, and upon information and belief as to all other matters based on the investigation conducted by and through plaintiff's attorneys, which included, among other things, a review of Securities and Exchange Commission ("SEC") filings by SanDisk Corporation ("SanDisk" or the "Company"), as well as media reports about the Company and conference call transcripts.  Plaintiff believes that substantial additional evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## INTRODUCTION AND OVERVIEW

1.      This is a securities class action on behalf of all persons who purchased or otherwise acquired the publicly traded securities of SanDisk between April 16, 2014 and April 15, 2015, inclusive (the "Class Period"), against SanDisk and certain of its officers and/or directors for violations of the Securities Exchange Act of 1934 (the "1934 Act").  These claims are asserted against SanDisk and certain of its officers and/or directors who made materially false and misleading statements during the Class Period in press releases, analyst conference calls, and filings with the SEC.

2.      SanDisk is a global provider of flash storage products.  The Company designs, develops and manufactures data storage solutions in a variety of formats using flash memory, controller, firmware and software technologies.

3.      During the Class Period, defendants issued materially false and misleading statements and/or omitted adverse information regarding the Company's operations, sales and product development, including that the Company was experiencing production qualification delays on certain of its key products and lower than expected sales of enterprise products.  Defendants also concealed problems associated with SanDisk's acquisition of Fusion-io, Inc. ("Fusion-io") in June 2014.  Subsequently, the Company was forced to announce drastically lower first quarter revenue estimates compared to prior forecasts and withdraw its 2015 forecasts entirely.  As a result of

COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAW                                              - 1 -

1   defendants' false statements, SanDisk securities traded at artificially inflated prices during the Class

2   Period, with its stock price reaching a high of $107.83 per share on July 16, 2014.

3          4.     On March 26, 2015, SanDisk issued a press release announcing that it expected

4   revenue for the first fiscal quarter fiscal 2015 to be approximately $1.3 billion, rather than the

5   previously forecast revenue of $1.40 billion to $1.45 billion.[1]   The Company disclosed that it

6   expected revenues would fall $100 million below the low end of its previous revenue guidance for

7   the quarter "primarily due to certain product qualification delays, lower than expected sales of

8   enterprise products and lower pricing in some areas of the business."   Moreover, the Company

9   announced that it expected these adverse trends to continue into 2015, and as a result, the Company

10  would not be able to make its other forecasts for the quarter or meet its 2015 revenue guidance.

11         5.     As a result of this news, SanDisk's stock plummeted $14.98 per share to close at

12  $66.20 per share on March 26, 2015, a one-day decline of 18% on volume of 32.3 million shares.

13         6.     Then, on April 15, 2015, after the market closed, SanDisk issued a press release

14  announcing its first quarter fiscal 2015 financial results.   The Company reported net income of $39

15  million, or $0.17 diluted earnings per share ("EPS"), and revenue of $1.33 billion for the quarter

16  ended March 29, 2015.   The Company also announced a write-down of $61 million associated with

17  Fusion-io.

18         7.     As a result of this news, SanDisk stock dropped $3.21 per share to close at $67.91 per

19  share on April 16, 2015, a one-day decline of nearly 5% on volume of 23.6 million shares.

20         8.     As a result of defendants' false statements, SanDisk securities traded at artificially

21  inflated prices during the Class Period.   While SanDisk's stock price was artificially inflated, the

22  Company's top officers and directors were able to sell over $35.8 million worth of their SanDisk

23  stock, including $10.6 million worth of stock sold by SanDisk's Chief Financial Officer ("CFO")

24  and nearly $10.6 million worth of stock sold by its Chief Executive Officer ("CEO").   However,

25

26

27

28  _____

[1]     SanDisk's fiscal year ends the Sunday nearest to December 31 each year.

COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAW          - 2 -

after the above revelations seeped into the market, the Company's securities were hammered by massive sales, sending the Company's stock price down 37% from its Class Period high.

## JURISDICTION AND VENUE

9.     The claims asserted herein arise under and pursuant to §§10(b) and 20(a) of the 1934 Act [15 U.S.C. §§78j(b) and 78t(a)] and Rule 10b-5 promulgated thereunder by the SEC [17 C.F.R. §240.10b-5]. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1331 and §27 of the 1934 Act.

10.    Venue is proper in this District pursuant to §27 of the 1934 Act and 28 U.S.C. §1391(b).   Many of the acts charged herein, including the preparation and dissemination of materially false and misleading information, occurred in substantial part in this District.

11.    In connection with the acts alleged in this complaint, defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including, but not limited to, the mails, interstate telephone communications and the facilities of the NASDAQ stock market.

## PARTIES

12.    Plaintiff City of Sterling Heights General Employees' Retirement System acquired SanDisk securities as set forth in the attached certification and has been damaged thereby.

13.    Defendant SanDisk designs, develops, markets and manufactures data storage solutions in a variety of form factors using its flash memory, controller, firmware and software technologies. The Company maintains its headquarters at 951 SanDisk Drive, Milpitas, California 95035.

14.    Defendant Sanjay Mehrotra ("Mehrotra") is, and at all relevant times was, SanDisk's President and CEO. During the Class Period, defendant Mehrotra sold 108,381 shares of his SanDisk stock for proceeds of nearly $10.6 million.

15.    Defendant Judy Bruner ("Bruner") is, and at all relevant times was, the Company's CFO and Executive Vice President, Administration. During the Class Period, defendant Bruner sold 119,718 shares of her SanDisk stock for proceeds of $10.6 million.

16.     The defendants referenced above in ¶¶14-15 are referred to herein as the "Individual Defendants."  The Individual Defendants made, or caused to be made, false statements which caused the prices of SanDisk's securities to be artificially inflated during the Class Period.

17.     The Individual Defendants, because of their positions with the Company, possessed the power and authority to control the contents of SanDisk's quarterly reports, shareholder letters, press releases and presentations to securities analysts, money and portfolio managers and institutional investors, *i.e.*, the market.  They were provided with copies of the Company's reports and press releases alleged herein to be misleading prior to or shortly after their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected.  Because of their positions with the Company, and their access to material non-public information available to them but not to the public, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to and were being concealed from the public, and that the positive representations being made were then materially false and misleading.  The Individual Defendants are liable for the false and misleading statements pleaded herein.

## FRAUDULENT SCHEME AND COURSE OF BUSINESS

18.     Defendants are liable for: (i) making false statements; or (ii) failing to disclose adverse facts known to them or deliberately disregarded by them about SanDisk.  Defendants engaged in a fraudulent scheme and course of business that operated as a fraud or deceit on purchasers of SanDisk securities, which: (i) deceived the investing public regarding SanDisk's prospects and business; (ii) artificially inflated the prices of SanDisk securities; (iii) caused plaintiff and other members of the Class to purchase SanDisk securities at inflated prices; and (iv) permitted the Company's top officers and directors to sell 384,585 shares of their SanDisk stock at artificially inflated prices for proceeds of over $35.8 million.

1

**BACKGROUND**

2      19.     SanDisk purports to be a global leader in flash storage solutions.  The Company

3  designs, develops and manufactures data storage solutions in a variety of form factors using flash

4  memory, controller, firmware and software technologies.  Most of the Company's products are made

5  by combining NAND flash memory with a controller and firmware.  SanDisk purchases

6  substantially all of its NAND flash supply through joint venture relationships with Toshiba

7  Corporation, which produces and provides the Company with NAND wafers.  The Company uses

8  controllers designed in-house as well as controllers purchased from third parties, while the vast

9  majority of products are designed in-house.

10

**DEFENDANTS' MATERIALLY FALSE AND
MISLEADING STATEMENTS DURING THE CLASS PERIOD**

11

12      20.     On April 16, 2014, SanDisk issued a press release announcing its first quarter fiscal

13  2014 financial results.  The Company reported net income of $269 million, or $1.14 diluted EPS,

    and revenue of $1.51 billion for the first quarter ended March 30, 2014.  The release stated in part:

14

15          "We delivered record first quarter results, driven by 61 percent growth in our
            SSD revenue and strong retail performance," said Sanjay Mehrotra, president and
            chief executive officer of SanDisk.  "We are excited by the momentum we are
16          building in our business as we continue to execute on our growth initiatives."

17      21.     After releasing its financial results for its first quarter of fiscal 2014 on April 16,

18  2014, SanDisk hosted a conference call for analysts, media representatives and investors during

19  which defendants represented the following:

20

21          [MEHROTRA:]  We anticipate that enterprise SSDs will be our fastest-
            growing product category in 2014, and ***we are off to a great start towards exceeding
            our goal of delivering 25% of 2014 revenue from enterprise and client SSDs
22          combined***.

23                              *        *        *

24          Many of the new products contributed to our first-quarter revenue.  We are
            off to a good start and expect 2014 to be another solid year for our business in the
25          retail channel.

26                              *        *        *

27          For 2014, SanDisk supply bit growth estimates remain unchanged, between
            25% and 35%. And our estimate for industry supply bit growth of approximately

28

COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAW                                    - 5 -

40% for 2014 remains unchanged, as well.  For 2014, we continue to expect overall healthy industry fundamentals.

\*       \*       \*

[ANALYST:]  And then just [one] last thing for me, inventories were up a little bit on down revenue. Is there a particular reason that maybe that went up a little bit, given that it went down the past couple of years during Q1?  Thanks.

[BRUNER:]  No. I would say there's nothing unusual in the inventory.  We definitely feel that we need that inventory in order to service our customers and to deliver the plan that we have, both for Q2 and for the rest of the year.  And, of course, we have a wide variety of different nodes of memory in there in order to service the growing diversity of our product portfolio.

22.    On April 22, 2014, SanDisk announced the availability of its 1Z-nanometer (15nm) technology in a press release which stated in part:

SanDisk Corporation, a global leader in flash storage solutions, today announced the availability of its 1Z-nanometer (nm) technology, the most advanced NAND flash process node in the world.  The 15nm technology will ramp on both two bits-per-cell (X2) and three bits-per-cell (X3) NAND flash memory architectures with production ramp to begin in the second half of 2014.

"We are thrilled to continue our technology leadership with the industry's most advanced flash memory process node, enabling us to deliver the world's smallest and most cost effective 128 gigabit chips," said Dr. Siva Sivaram, senior vice president, memory technology, SanDisk.  "We are delighted that these new chips will allow us to further differentiate and expand our portfolio of NAND flash solutions."

23.    On June 16, 2014, SanDisk announced it had entered into a definitive agreement to acquire Fusion-io, "a leading developer of flash-based PCIe hardware and software solutions that enhance application performance in enterprise and hyperscale datacenters."  The acquisition would be an all-cash transaction valued at approximately $1.1 billion, net of cash assumed.  The release quoted defendant Mehrotra in part:

"Fusion-io will accelerate our efforts to enable the flash-transformed data center, helping companies better manage increasingly heavy data workloads at a lower total cost of ownership . . . .  Customers will benefit from the addition of Fusion-io's leading PCIe solutions to SanDisk's vertically integrated business model.  We look forward to working with the world-class engineering and go-to-market teams from Fusion-io to provide high-value solutions to customers around the world."

24.     On June 16, 2014, SanDisk held a conference call for analysts, media representatives and investors to discuss its planned acquisition of Fusion-io, during which defendants represented the following:

> [MEHROTRA:]   With the addition of Fusion-io's PCIe hardware and software solutions, SanDisk will have the broadest enterprise flash solution portfolio in the industry.  We are very excited about the addition of Fusion-io's high-caliber engineering and go-to-market teams, which will significantly bolster our ability to serve our customers.  At the same time, SanDisk's integration model will further enhance the quality, performance and reliability of these enterprise solutions while providing customers with valuable continuity of supply.

> *       *       *

> [BRUNER:]  Over time, we expect to generate synergies related to revenue, cost of goods sold, and expenses.  In terms of revenue, the acquisition of Fusion-io will accelerate our ability to grow in the enterprise market, with the broadest SSD solutions portfolio in the industry, applied across a broader customer base.  We expect to derive synergies in cost of goods sold from SanDisk's scale of operation and from transitioning to captive flash over time, although we will also use this opportunity to evaluate the possibility of using non-captive flash for a subset of Fusion-io's products.  We will also have modest operating expense synergies, primarily related to the elimination of duplicative public company costs.

25.     On July 16, 2014, SanDisk issued a press release announcing its second quarter fiscal 2014 financial results.  The Company reported net income of $274 million, or $1.14 diluted EPS, and revenue of $1.63 billion for the second quarter ended June 29, 2014.  The release stated in part:

> "We are pleased to deliver record second quarter revenue in both enterprise and client SSDs, as well as retail products," said Sanjay Mehrotra, president and chief executive officer of SanDisk. "SSD solutions comprised 29 percent of our second quarter revenue, compared to 16 percent in the year ago quarter, demonstrating strong progress in driving our strategic priorities. Our results position us well to deliver another record year in 2014."

26.     After releasing its second quarter fiscal 2014 financial results on July 16, 2014, SanDisk hosted a conference call for analysts, media representatives and investors during which defendants represented the following:

> [MEHROTRA:]  Our results highlight ongoing strong execution, and further progress in the strategic shift of our revenue mix to SSD solutions. SSD has reached 29% of our second-quarter revenue, driven by record revenue in both client and enterprise SSDs, and we are on track to exceed our 2014 revenue mix goal for our SSD solutions.  Our enterprise SSD revenue more than doubled on a year-over-year basis, and grew over 30% sequentially, driven by gains in both SAS and SATA products.  Our expanding portfolio of innovative enterprise flash solutions uniquely

COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAW                    - 7 -

positions us as a preferred partner to a broad range of customers, who are increasingly utilizing flash to optimize their workloads.

*        *        *

In client SSDs, we achieved another record quarterly revenue.  Our broad portfolio of SATA and PCIe client SSD solutions continues to serve all leading PC OEMs well, and we are making excellent progress in qualifying our 1Y nanometer client SSDs at many of these OEMs.

*        *        *

We continue to make very good progress with our 15-nanometer technology development, and we expect to begin the production ramp towards the end of this year, with meaningful contribution to product shipments in the Q1 2015 time frame.

27.     On July 16, 2014, the price of SanDisk stock reached its Class Period high of $107.83 per share.

28.     On October 16, 2014, SanDisk issued a press release announcing its third quarter fiscal 2014 financial results.  The Company reported net income of $263 million, or $1.09 diluted EPS, and revenue of $1.75 billion, an increase of 7% on a year-over-year basis for the third quarter ended September 28, 2014.  The release stated in part:

"Third quarter results reflect the strength of our diversified product portfolio, broad customer engagements and solid execution," said Sanjay Mehrotra, president and chief executive officer. "Demand for NAND flash continues to be strong across mobile, client and enterprise, where SanDisk's innovations are creating significant opportunities.  As we focus on closing a record 2014, we also look forward to building upon our success in 2015."

29.     After releasing its third quarter fiscal 2014 financial results on October 16, 2014, SanDisk hosted a conference call for analysts, media representatives and investors during which defendants represented the following:

[MEHROTRA:]   We're very pleased to report record revenue, strong earnings and cash flow, and to have returned more than $0.5 billion of capital to shareholders during the quarter.

*        *        *

The Fusion-io business performed in line with our expectations post acquisition.  On the product front, multiple OEMs have now qualified and are offering our next-generation Fusion-io PCIe products.  Our plan is to continue supporting the majority of Fusion-io products on non-captive NAND in 2015.

COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAW                                          - 8 -

*     *     *

Following the completion of the Fusion-io acquisition in late July, we have made excellent progress in integrating Fusion-io into SanDisk. To best realize the capabilities, talent, and scale of the two teams, we have decided to accelerate the combination of the legacy SanDisk enterprise storage solution's group and the newly added Fusion-io team by forming one enterprise storage organization under John Scaramuzzo.

*     *     *

As we discussed last quarter, our mix of 1Y nanometer production is relatively consistent through the second half of 2014, at 60%, while we maintain a long tail of 19-nanometer production for strategic customers and begin our 15-nanometer production ramp in Q4. Our estimate of industry supply-bit growth for 2014 is slightly below 40%, and SanDisk captive bit supply will be slightly below 25% given the long tail of 19-nanometer production. For 2015, both 19-nanometer and 1Y production will continue even as we ramp 15-nanometer.

*     *     *

[ANALYST:]  As the follow-up, I think in the past when the Company's gone through a manufacturing transition, there is generally, once it starts rolling, about a 10% to 15% per quarter mix towards that new node. Is that the right framework to look at for the 15-nanometer ramp?  If so, when would the Company expect to see the current tightness that you're seeing in the business alleviate somewhat, so you are able to capture all of the demand that you see out there?

[MEHROTRA:]  The 1Z technology node will be primarily becoming meaningful starting from Q1 of next year, and will continue to ramp up into production throughout the course of 2015 timeframe. As Judy pointed out, it is also about qualifying various products with our customers using that 1Z technology node.

I would expect the ramp of production of 1Z technology nodes at the end of next year to achieve similar percentage in terms of bit output mix as 1Y has now. That means 1Z technology mix at the end of next year to be around 60%, and as we said, production ramp is starting this quarter, becoming meaningful from Q1 and continuing to ramp during the course of the year. Again, that is all baked into our revenue bit as well as our supply bit guidance.

30.    On November 10, 2014, SanDisk attended the RBC Capital Markets Technology, Internet Media & Telecom Conference for analysts, the media and investors, during which defendants represented the following:

[ANALYST:] [I]f we look at 2015 your bit growth forecast 30% to 40%, in line with the industry, so now it's no longer ceding what I would say bit market carriers you might have done this year. How do we think about what will be the drivers next year for your bit growth to be at the upper or lower end of that range?

[BRUNER:]    Well, as I just described, what the customer demand is in the various segments will be a key driver of exactly where we decide to land the bit growth, but overall, in terms of what's driving the bit growth out of the fabs, really

COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAW                    - 9

there's three key factors for next year.  The first one will be technology transition.  The second will be an increasing mix of X3 memory in our solutions portfolio next year.  And then the third is some continued modest growth in wafer capacity.

And maybe just a couple comments on each of those.  In terms of our tech transition, we have started our ramp of our 1V node, which is 15 nanometer, and we will ramp that across next year.  We expect that over the course of the year the proportion of output of our 15 nanometer in 2015 will actually be somewhat similar to the proportion of 1Y, what 1Y was in 2014.

So in essence, you can kind of look at it that we are transitioning from 24 and 19 to 15 nanometer.  Actually 1Y will be about the same proportion in terms of total output in 2014 and 2015, so that gives us a strong amount of bit growth.

31.    On January 12, 2015, before the market opened, SanDisk issued a press release providing its preliminary revenue results for the fourth quarter of fiscal 2014.  The Company reported lower-than-expected revenue and margins for the fourth quarter of fiscal 2014, with revenues expected to be $1.73 billion, lower than the previously announced revenue range of $1.8-$1.85 billion.  The preliminary results were also lower than analysts' estimates of revenue of $1.83 billion for the quarter.  The press release stated in part:

The company estimates total revenue to be approximately $1.73 billion, lower than the previously forecasted revenue range of $1.80 billion to $1.85 billion.  The lower revenue was primarily due to weaker than expected sales of retail and iNAND products.  Non-GAAP gross margin for the fourth fiscal quarter is expected to be approximately 45% compared to the previously guided range of 47% to 49%.

32.    On this news, the price SanDisk stock plummeted $13.47 per share, to close at $83.57 per share on January 12, 2015, a decline of nearly 14% on volume of 23.2 million shares.

33.    On January 21, 2015, SanDisk issued a press release announcing its fourth quarter and fiscal 2014 financial results.  The Company reported net income of $202 million, or $0.86 diluted EPS, and revenue of $1.74 billion for the fourth quarter ended December 28, 2014.  Additionally, the Company reported net income of $1.01 billion, or $4.23 diluted EPS, and revenue of $6.63 billion for fiscal 2014.  The release stated in part:

"We delivered record revenue in 2014 with continued progress in shifting our portfolio towards high value solutions," said Sanjay Mehrotra, president and chief executive officer of SanDisk.  "Our SSD solutions reached 29 percent of revenue in 2014, with strong growth from both client and enterprise SSDs.  We are disappointed with our fourth quarter results, which were impacted primarily by supply constraints.  We believe that NAND flash industry fundamentals are healthy, and we expect our financial results to improve as we move through 2015."

34. The Company acknowledged that it had lost a large customer which most analysts believed was Apple.

35. On this news, the price of SanDisk stock declined $1.54 per share, to close at $78.90 per share on January 22, 2015, a one-day decline of 1.9% on volume of 16.9 million shares.

36. On March 26, 2015, SanDisk issued a press release providing its business update. The Company disclosed that it expected revenue for the fiscal first quarter of 2015 "to be approximately $1.3 billion, depending on final sell-through results, compared to the previously forecasted revenue range of $1.40 billion to $1.45 billion." SanDisk disclosed that this reduction in guidance was "primarily due to certain product qualification delays, lower than expected sales of enterprise products and lower pricing in some areas of the business." Additionally, the Company announced that it expected continued impact to its 2015 financial results from these factors as well as the previously identified supply challenges, and forecast 2015 revenue to be lower than the previous guidance. The release stated in pertinent part:

> SanDisk Corporation, a global leader in flash storage solutions, today announced that it expects its revenue for the first fiscal quarter, which will end on March 29, 2015, to be approximately $1.3 billion, depending on final sell-through results, compared to the previously forecasted revenue range of $1.40 billion to $1.45 billion.
>
> The change in first quarter revenue estimate is primarily due to certain product qualification delays, lower than expected sales of enterprise products and lower pricing in some areas of the business. The Company expects continued impact to its 2015 financial results from these factors as well as the previously identified supply challenges, and now forecasts 2015 revenue to be lower than the previous guidance.
>
> Other forecasts for the quarter and the year are withdrawn, and the Company will provide an update during its first quarter earnings call on April 15, 2015. SanDisk will also reschedule its previously announced May 2015 Investor Day to a later date.
>
> "We are disappointed with our financial outlook," said Sanjay Mehrotra, president and chief executive officer, SanDisk. "We will work through these headwinds, leveraging our compelling product roadmap and broadening customer base. We believe our growth prospects remain strong and we are encouraged by the progress we are making in our 3D NAND technology."

37. After this news, the Company's stock price plummeted $14.98 per share, to close at $66.20 per share on March 26, 2015, a one-day decline of 18% on volume of 32.3 million shares.

38.     Then, on April 15, 2015, after the market closed, SanDisk issued a press release announcing its first quarter fiscal 2015 financial results.  The Company reported net income of $39 million, or $0.17 diluted EPS, and revenue of $1.33 billion for the first quarter ended March 29, 2015.  The release stated in part:

> First quarter GAAP results include a $61 million impairment charge for an in-process R&D project from the Fusion-io acquisition and $41 million of restructuring and other charges. . . .
>
> . . . First quarter non-GAAP results include $41 million of restructuring and other charges. . . .
>
> "We are disappointed with our financial and operational performance and are quickly taking aggressive measures to regain the excellence in execution that we have delivered in the past," said Sanjay Mehrotra, president and chief executive officer, SanDisk.  "Our top priorities for 2015 are to strengthen our product roadmap and rebuild our momentum across the business.  We are excited about the long-term opportunities available to us and believe we are uniquely positioned in the industry to deliver innovative solutions to our growing customer base."

39.     As a result of this news, SanDisk stock dropped $3.21 per share to close at $67.91 per share on April 16, 2015, a one-day decline of nearly 5% on volume of 23.6 million shares.

40.     In fact, during the Class Period, defendants knew or deliberately disregarded and failed to disclose that: (i) the Company was experiencing production qualification delays on certain of its key products; (ii) the Company was experiencing lower than expected sales of enterprise products; (iii) the Company was vulnerable to lower pricing in some areas of its business; (iv) Fusion-io was not being integrated into SanDisk as successfully as represented and its assets were impaired; (v) the Company's 15 nm technology was not on track to become available on defendants' stated timetable; and (vi) the Company would be forced to announce drastically lower first quarter revenue estimates compared to prior forecasts and withdraw its 2015 forecasts.

41.     As a result of defendants' false statements, SanDisk securities traded at artificially inflated prices during the Class Period.  While SanDisk's stock price was artificially inflated, the Company's top officers and directors were able to sell over $35.8 million worth of their SanDisk stock, including $10.6 million worth of stock sold by the Company's CFO and nearly $10.6 million worth of stock sold by the Company's CEO.  However, after the above revelations seeped into the

COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAW                    - 12 -

market, the Company's securities were hammered by massive sales, sending the Company's stock price down 37% from its Class Period high.

## LOSS CAUSATION/ECONOMIC LOSS

42.     During the Class Period, as detailed herein, the defendants made false and misleading statements by misrepresenting the Company's business and prospects and engaged in a scheme to deceive the market and a course of conduct that artificially inflated the prices of SanDisk publicly traded securities and operated as a fraud or deceit on Class Period purchasers of SanDisk publicly traded securities.   Later, when the defendants' prior misrepresentations and fraudulent conduct became apparent to the market, the prices of SanDisk publicly traded securities fell precipitously, as the prior artificial inflation came out of the prices over time.   As a result of their purchases of SanDisk publicly traded securities during the Class Period, plaintiff and other members of the Class suffered economic loss, *i.e.*, damages, under the federal securities laws.

## APPLICABILITY OF THE PRESUMPTION OF RELIANCE
## AND FRAUD ON THE MARKET

43.     Plaintiff will rely upon the presumption of reliance established by the fraud-on-the-market doctrine in that, among other things:

(a)     The defendants made public misrepresentations or failed to disclose material facts during the Class Period;

(b)     The omissions and misrepresentations were material;

(c)     The Company's securities traded in an efficient market;

(d)     The misrepresentations alleged would tend to induce a reasonable investor to misjudge the value of the Company's securities; and

(e)     Plaintiff and other members of the Class purchased SanDisk securities between the time defendants misrepresented or failed to disclose material facts and the time the true facts were disclosed, without knowledge of the misrepresented or omitted facts.

COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAW                                        - 13 -

44.     At all relevant times, the market for SanDisk securities was efficient for the following reasons, among others:

(a)     As a regulated issuer, SanDisk filed periodic public reports with the SEC; and

(b)     SanDisk regularly communicated with public investors via established market communication mechanisms, including through regular disseminations of press releases on the major news wire services and through other wide-ranging public disclosures, such as communications with the financial press, securities analysts and other similar reporting services.

## CLASS ACTION ALLEGATIONS

45.     Plaintiff brings this action as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure on behalf of all persons who purchased or otherwise acquired SanDisk publicly traded securities during the Class Period (the "Class").  Excluded from the Class are defendants and their families, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which defendants have or had a controlling interest.

46.     The members of the Class are so numerous that joinder of all members is impracticable.  The stock is actively traded on the NASDAQ and there are nearly 208 million shares of SanDisk stock outstanding.  While the exact number of Class members is unknown to plaintiff at this time and can only be ascertained through appropriate discovery, plaintiff believes that there are hundreds of members in the proposed Class.  Record owners and other members of the Class may be identified from records maintained by SanDisk or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

47.     Common questions of law and fact predominate and include: (i) whether defendants violated the 1934 Act; (ii) whether defendants omitted and/or misrepresented material facts;

COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAW                        - 14 -

(iii) whether defendants knew or recklessly disregarded that their statements were false; and (iv) whether defendants' statements and/or omissions artificially inflated the prices of SanDisk securities and the extent and appropriate measure of damages.

48.     Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by defendants' wrongful conduct in violation of federal law that is complained of herein.

49.     Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation.

50.     A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable.  Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them.  There will be no difficulty in the management of this action as a class action.

### COUNT I

### For Violation of §10(b) of the 1934 Act and Rule 10b-5
### Against All Defendants

51.     Plaintiff incorporates all allegations in ¶¶1-50 above by reference.

52.     During the Class Period, defendants disseminated or approved the false statements specified above, which they knew or recklessly disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

53.     Defendants violated §10(b) of the 1934 Act and Rule 10b-5 in that they:

(a)     Employed devices, schemes, and artifices to defraud;

COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAW                    - 15 -

(b)     Made untrue statements of material facts or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

(c)     Engaged in acts, practices, and a course of business that operated as a fraud or deceit upon plaintiff and others similarly situated in connection with their purchases of SanDisk publicly traded securities during the Class Period.

54.     Plaintiff and the Class have suffered damages in that, in reliance on the integrity of the market, they paid artificially inflated prices for SanDisk publicly traded securities. Plaintiff and the Class would not have purchased SanDisk publicly traded securities at the prices they paid, or at all, if they had been aware that the market prices had been artificially and falsely inflated by defendants' misleading statements.

55.     As a direct and proximate result of defendants' wrongful conduct, plaintiff and the other members of the Class suffered damages in connection with their purchases of SanDisk publicly traded securities during the Class Period.

### COUNT II

**For Violation of §20(a) of the 1934 Act**
**Against All Defendants**

56.     Plaintiff incorporates all allegations in ¶¶1-55 above by reference.

57.     The Individual Defendants acted as controlling persons of SanDisk within the meaning of §20(a) of the 1934 Act. By virtue of their positions with the Company, and ownership of SanDisk stock, the Individual Defendants had the power and authority to cause SanDisk to engage in the wrongful conduct complained of herein. SanDisk controlled the Individual Defendants and all of its employees. By reason of such conduct, defendants are liable pursuant to §20(a) of the 1934 Act.

### PRAYER FOR RELIEF

WHEREFORE, plaintiff prays for judgment as follows:

COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAW

1    A.    Determining that this action is a proper class action, designating plaintiff as Lead

2  Plaintiff and certifying plaintiff as a class representative under Rule 23 of the Federal Rules of Civil

3  Procedure and plaintiff's counsel as Lead Counsel;

4    B.    Awarding damages and interest;

5

6    C.    Awarding plaintiff's reasonable costs, including attorneys' fees; and

7    D.    Awarding such equitable/injunctive or other relief as the Court may deem just and

8  proper.

9                                          **JURY DEMAND**

10    Plaintiff demands a trial by jury.

11  DATED:  May 27, 2015                 ROBBINS GELLER RUDMAN
                                          & DOWD LLP
12                                        SHAWN A. WILLIAMS

13

14                                          */s/ Shawn A. Williams*
                                          SHAWN A. WILLIAMS
15
                                          Post Montgomery Center
16                                        One Montgomery Street, Suite 1800
                                          San Francisco, CA  94104
17                                        Telephone:  415/288-4545
                                          415/288-4534 (fax)
18
                                          ROBBINS GELLER RUDMAN
19                                          & DOWD
                                          DAVID C. WALTON
20                                        655 West Broadway, Suite 1900
                                          San Diego, CA  92101-8498
21                                        Telephone:  619/231-1058
                                          619/231-7423 (fax)
22
                                          VANOVERBEKE MICHAUD & TIMMONY,
23                                        P.C.
                                          THOMAS C. MICHAUD
24                                        79 Alfred Street
                                          Detroit, MI  48201
25                                        Telephone:  313/578-1200
                                          313/578-1201 (fax)
26
                                          Attorneys for Plaintiff
27

28

COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAW                              - 17 -