UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF STERLING HEIGHTS GENERAL EMPLOYEES' RETIREMENT SYSTEM,<br><br>       Plaintiff,<br><br>  v.<br><br>SANDISK CORPORATION, et al.,<br><br>       Defendants. | Case No.  15-cv-02358-VC<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

In light of the settlement in the lead case, *see* Judgment ¶ 9, No. 15-cv-1455-VC, Dkt.

No. 285, this member case is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: November 5, 2019

_____
VINCE CHHABRIA
United States District Judge